UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CRIMINAL NO. |
| v. | Case: 1:18-cr-00203<br>Assigned To : Judge Contreras, Rudolph<br>Assign. Date : 6/28/2018<br>Description: INFORMATION CATEGORY (A) |
| **DONTAYE CHANDLER**<br>**Defendant** | (Production of Child Pornography)<br>18 U.S.C. § 2422(b)<br>(Enticing a Minor)<br>22 D.C. Code §§ 3008, 3020(a)(1)<br>(First Degree Child Sexual Abuse (with Aggravating Circumstances)) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about April 20, 2017, in the District of Columbia, the defendant, **DONTAYE CHANDLER,** did knowingly and intentionally employ, use, persuade, induce, entice, and coerce P.C., a 12-year-old minor female, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce or knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce; and which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means; and the visual depiction was transported using any means and facility of interstate and foreign commerce, or the visual depiction was transported in and affecting interstate and foreign commerce.

(**Production of Child Pornography**, in violation of Title 18, United States Code, Section 2251(a)).

## COUNT TWO

On or about between March 1, 2017 and August 31, 2017, the defendant, **DONTAYE CHANDLER**, within the District of Columbia and elsewhere, using a facility of interstate commerce, that is a smartphone, did knowingly attempt to persuade, induce, entice and coerce P.C., a minor under 18 years of age, to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008.

(**Coercion and Enticement of a Minor**, in violation of 18 United States Code, Section 2422(b)).

## COUNT THREE

On or about July 14, 2017, within the District of Columbia, **DONTAYE CHANDLER**, being more than four years older than P.C., a child under 16 years of age, that is, 12 years of age, engaged in a sexual act with that child and caused that child to engage in a sexual act, that is, penetration of P.C.'s vulva by **DONTAYE CHANDLER'S** penis, and at the time **DONTAYE CHANDLER** committed First Degree Child Sexual Abuse, P.C. was under the age of 18 years and **DONTAYE CHANDLER** had a significant relationship to P.C.

(**First Degree Child Sexual Abuse (with Aggravating Circumstances)**, in violation of 22 D.C. Code, Sections 3008, 3020(a)(2) (2001 ed.)).

JESSIE K. LIU
United States Attorney for the District of Columbia

*Andrea Hertzfeld /mw*
Andrea Lynn Hertzfeld, D.C. Bar No. 494059
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7808
Andrea.Hertzfeld@usdoj.gov

3